## Notice Recipients

District/Off: 0756−1  User: admin  Date Created: 11/23/2021
Case: 21−04855−JJG−13  Form ID: sdismiss  Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
16205132    WIN

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
tr     Ann M. DeLaney    ECFdelaney@trustee13.com
aty    Heather M. Crockett    Heather.Crockett@atg.in.gov
aty    Kayla D. Britton    kayla.britton@faegredrinker.com
aty    Lisa Koch Bryant    lbryant@tilfordlaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Timothy Lee Stark    P.O. Box 144    Charlestown, IN 47111
cr         State of Indiana    Office of the Attorney General    302 West Washington Street    IGCS − Fifth Floor    Indianapolis, IN 46204
cr         Indianapolis Zoological Society, Inc.    c/o Faegre Drinker Biddle & Reath LLP    600 East 96th Street Suite 600    Indianapolis, IN 46240
16205134   Bella Income Tax    320 Main Cross Street    Charlestown, IN 47111
16205127   Clark County Treasurer    P.O. Box 1508    Jeffersonville, IN 47131−1508
16205123   Clay Cullotta    815 East Market Street    New Albany, IN 47150
16205131   Commercial Acceptance Co.    2300 Gettysburg Road    Suite 102    Camp Hill, PA 17011
16205129   Discover    Attention of: Financial Services    P.O. Box 6103    Carol Stream, IL 60197−6103
16205125   Elan Credit Card    Attention of: Card Services    824 N. 11th Street    St. Louis, MO 63101−1016
16205133   Estes Enterprises    5005 Hamburg Pike    Jeffersonville, IN 47130
16205135   IRS    Attention of: U.S. Attorney's Office    10 W. Market Street − Ste. 2100    Indianapolis, IN 46204−3048
16205137   Indianapolis Zoo    1200 W. Washington Street    Indianapolis, IN 46222
16205128   L&N Federal Credit Union    Attention of: L&N Home Equity    1450 Veterans Pkwy    Suite 100    Jeffersonville, IN 47130
16205130   Medical Business Bureau    1460 Renaissance Drive    Suite 400    Park Ridge, IL 60068
16205124   Micah Ayache    P.O. Box 546    Pauls Valley, OK 73075
16205122   PETA    501 Front Street    Norfolk, VA 23510
16205126   Pierce Bainbridge    355 S. Grand Avenue    Los Angeles, CA 90071
16205121   Small Business Associates    Attention of: Indiana District Office    5726 Professional Circle    Suite 100    Indianapolis, IN 46241
16205136   State of Indiana    City−County Building    200 E. Washington Street    Indianapolis, IN 46204
16205190   U.S. Attorney's Office    10 W Market St Ste 2100    Indianapolis IN 46204−3048
16205120   USDA/APHIS/AC    920 Main Campus Drive    Suite 200    Raleigh, NC 27606−5210

TOTAL: 21